UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNADO TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 20-CV-1245 |
| DR. GASKELL, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

**HAROLD A. BAKER, U.S. DISTRICT JUDGE.**

Plaintiff proceeds pro se from his incarceration in the Pontiac Correctional Center. He has struck out under 28 U.S.C. § 1915(g), but he is proceeding under the imminent danger exception, in particular, on allegations that Plaintiff intends to kill himself if he does not get some mental health treatment and his prescribed medicines.  The Warden indicates that Plaintiff has been placed on crisis watch and is housed in a unit tailored for individuals with self-harm tendencies and personality disorders. [8.]

This case will proceed for service and briefing on an expedited schedule. The Court will determine after briefing if an evidentiary hearing is necessary.

**IT IS THEREFORE ORDERED:**

1) Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the Court finds that Plaintiff states an Eighth Amendment claim for deliberate indifference to his current serious mental health needs and to his current need for his prescribed medications. This case proceeds solely on the claims identified in this paragraph.

2) Counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement. Counsel for Defendants shall arrange the time for the deposition.

3) **The clerk is directed to send waivers of service to Defendants Dr. Gaskell, Dr. Hower, Crystal Carlson (Mental Health Professional), Dr. Renzi, and Mr. Goodwin (Mental Health Professional) pursuant to the standard procedures.**

4) **Defendant "Prto" is dismissed because this does not appear to be a defendant.**

5) **By August 21, 2020, Defendants are directed to file a response to Plaintiff's motion for preliminary injunction. The response shall include affidavits of treating professionals with personal knowledge of Plaintiff's current medical and mental health conditions and treatment. The response shall also include Plaintiff's medical and mental health records for the past six months.**

6) **The Clerk is directed to enter the standard qualified protective order pursuant to the Health Insurance Portability and Accountability Act.**

ENTERED: 7/6/2020

FOR THE COURT:

                                     **s/Harold A. Baker**
                                    HAROLD A. BAKER
                                    UNITED STATES DISTRICT JUDGE